[No. 22481-0-II.    Division Two.    April 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM EUGENE ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 97-1-00103-4, H. John Hall, J., entered October 7, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Hunt, J.

[No. 22775-4-II.    Division Two.    April 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH SEVERO ARMENTA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-00664-5, Nile E. Aubrey, J., entered December 3, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Hunt, JJ.

[No. 22780-1-II.    Division Two.    April 9, 1999.]

*In the Matter of the Welfare of* ALEXANDER GABELLI.

DOENI CHAMPION, *Appellant*, v. PIERRE GABELLI, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-3-00277-1, Gordon Godfrey, J., entered November 24, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, C.J., and Morgan, J.

[No. 22842-4-II.    Division Two.    April 9, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL D. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 97-1-00158-5, Joel M. Penoyar, J., entered January 9, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Seinfeld, JJ.